```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```

DIBELLA ENTERTAINMENT, INC.,                 21-cv-2709 (JGK)

              Plaintiff,             ORDER

    - against -

O'SHAQUIE FOSTER,

              Defendant.

JOHN G. KOELTL, District Judge:

    For reasons stated on the record at the conference today, the pending requests for the temporary restraining order and preliminary injunction are denied with leave to refile on proper papers pursuant to Local Civil Rule 7.1. The defendant shall file the appropriate papers by June 11, 2021, the plaintiff will respond by June 18, 2021, and the defendants will reply by June 23, 2021.

    The plaintiff may move on the counterclaims without a pre-motion conference.

    The parties shall file a Rule 26(f) report by June 24, 2021.

SO ORDERED.

Dated:    New York, New York
            June 9, 2021

                                        /s/ John G. Koeltl
                                       John G. Koeltl
                                United States District Judge