UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

DIBELLA ENTERTAINMENT, INC.,

        Plaintiff,

- against -

O'SHAQUIE FOSTER,

        Defendant.

21-cv-2709 (JGK)

ORDER

---

JOHN G. KOELTL, District Judge:

    The hearing on the preliminary injunction is adjourned to Tuesday, July 13, 2021 at 11:00 am. The Court believes that the preliminary injunction can be decided without an evidentiary hearing based on the submissions of the parties. If the parties believe that an evidentiary hearing is necessary, the parties should specify the witnesses to be called and the proposed testimony by the witnesses.

    As to the disputes between the parties as to discovery, the Court will refer the case to the Magistrate Judge for general pre-trial supervision.

    SO ORDERED.

Dated:    New York, New York
            July 2, 2021

                                        John G. Koeltl
                               United States District Judge

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 07/02/2021

1