UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

DIBELLA ENTERTAINMENT, INC.,

        Plaintiff,

- against -

O'SHAQUIE FOSTER,

        Defendant.

21-cv-2709 (JGK)

ORDER

---

JOHN G. KOELTL, District Judge:

For the reasons stated on the record at the hearing held on July 15, 2021, the defendant's motion for a preliminary injunction is denied and the motion to strike is denied. The Clerk is directed to close Docket Nos. 30 and 51.

The Court sets the following briefing schedule for the defendant's motion to dismiss the plaintiff's counterclaims: the plaintiff's response is due July 22, 2021, and the reply is due July 27, 2021.

SO ORDERED.

Dated:    New York, New York
           July 15, 2021

                                          John G. Koeltl
                                      United States District Judge

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/16/2021