UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

DIBELLA ENTERTAINMENT, INC.,

                Plaintiff,

    - against -

O'SHAQUIE FOSTER,

                Defendant.

21-cv-2709 (JGK)

ORDER

---

JOHN G. KOELTL, District Judge:

    The plaintiff has moved to withdraw its motion to dismiss the counterclaims (ECF No. 61). The defendant has not objected. The plaintiff's motion to dismiss the counterclaims is withdrawn. The Clerk is directed to close Docket No. 61. The plaintiff shall file an answer to the counterclaims by August 13, 2021. The plaintiff may file a motion for summary judgment dismissing the counterclaims without any further conference.

    SO ORDERED.

Dated:    New York, New York
            August 6, 2021

                                                John G. Koeltl
                                    United States District Judge