

**MARGULES LAW GROUP, P.A**
ATTORNEYS AT LAW

www.marguleslawgroup.com

LEON R. MARGULES
 Certified Family Mediator
ZACHARY D. MARGULES**
MATTHEW M. FOTI*

 **Also Licensed in MA & NY
 *Of Counsel & only Licensed in MA

**FL**
633 South Andrews Avenue
Suite 500
Fort Lauderdale, FL 33301
T: (954) 587-0482
F: (954) 583-7447

**MA**
1 State Street
2nd Floor
Boston, MA 02109
T: (833) 368-4529
F: (833) 363-4529

**NY**
295 Avenue X
2nd Floor
Brooklyn, NY 11235
F: (855) 585-2997

November 23, 2021

District Judge Hon. John G. Koeltl             *Via ECF and E-Mail*
United States District Court
Southern District of New York
500 Pearl Street, Room 14A
New York, NY 10007-1312
Koeltlnysdchambers@nysd.uscourts.gov

Re: Case No.: 21-cv-2709 (JGK)
    *DiBella Entertainment, Inc. v. O'Shaquie Foster*

Dear Judge Koeltl,

   Per the Stipulation and Proposed Order of Dismissal with Prejudice, this letter is to inform the Court the parties to this action have settled this matter.

                              Respectfully Submitted

                              */s/ Leon R. Margules*

                              Leon R. Margules, Esq.

cc: Rodney L. Drinnon, Esq.

1