UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DIBELLA ENTERTAINMENT, INC., a New York corporation,<br><br>         Plaintiff,<br><br>    - against -<br><br>O'SHAQUIE FOSTER,<br><br>         Defendant. | CASE NO. 21-cv-2709 (JGK)<br><br>**STIPULATION AND [PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii) and 41(c)** |

**STIPULATON AND [PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE**

WHEREAS, the parties to this action have settled this matter and released each other;

IT IS NOW HEREBY STIPULATED AND AGREED by and between the parties and/or their respective counsel(s), and subject to the approval of the Court, as follows:

1. The above-captioned action, and any related counterclaim, crossclaim or third-party claim is voluntarily dismissed by the parties with prejudice against each other pursuant to the Federal Rules of Civil Procedure 41(a)(1)(A)(ii) and 41(c).


| | |
|---|---|
| */s/ Rodney Drinnon*<br>Rodney L. Drinnon, Esq.<br>MCCATHERN LAW FIRM<br>2000 W. Loop S., Suite 1850<br>Houston, Texas 77027<br>Tel: (832) 533-8689<br>Fax: (832) 213-4842<br>***Attorneys for Defendant*** | */s/ Leon Margules*<br>Leon R. Margules, Esq.<br>MARGULES LAW GROUP, P.A.<br>633 South Andrews Avenue, Suit 500<br>Fort Lauderdale, Florida 33301<br>Tel: (954) 587-0482<br>Fax: (954) 583-7447<br>***Attorneys for Plaintiff*** |


SO ORDERED on this _____ day of November 23, 2021**:**



_____
Judge Hon. John G. Koeltl
United States District Court

1