UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

DIBELLA ENTERTAINMENT, INC., a New York corporation,

        Plaintiff,

- against -

O'SHAQUIE FOSTER,

        Defendant.

CASE NO. 21-cv-2709 (JGK)

**STIPULATION AND [PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii) and 41(c)**

---

**STIPULATON AND [PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE**

WHEREAS, the parties to this action have settled this matter and released each other;

IT IS NOW HEREBY STIPULATED AND AGREED by and between the parties and/or their respective counsel(s), and subject to the approval of the Court, as follows:

1. The above-captioned action, and any related counterclaim, crossclaim or third-party claim is voluntarily dismissed by the parties with prejudice against each other pursuant to the Federal Rules of Civil Procedure 41(a)(1)(A)(ii) and 41(c).

/s/ *Rodney Drinnon*
Rodney L. Drinnon, Esq.
MCCATHERN LAW FIRM
2000 W. Loop S., Suite 1850
Houston, Texas 77027
Tel: (832) 533-8689
Fax: (832) 213-4842
***Attorneys for Defendant***

/s/ *Leon Margules*
Leon R. Margules, Esq.
MARGULES LAW GROUP, P.A.
633 South Andrews Avenue, Suit 500
Fort Lauderdale, Florida 33301
Tel: (954) 587-0482
Fax: (954) 583-7447
***Attorneys for Plaintiff***

SO ORDERED on this 23 day of November 23, 2021:

_____
Judge Hon. John G. Koeltl
United States District Court

*The Clerk is directed to close this case. So ordered.*
*11/23/21*  /s/ John G. Koeltl, U.S.D.J.

1